Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, CA. 91020
Phone [818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Michael Korman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL KORMAN, an Individual;

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; R.M. GALICIA, INC. dba PROGRESSIVE MANAGEMENT SYSTEMS, is a business entity, form unknown; USCB AMERICA, is a business entity, form unknown, and DOES 1-10, Inclusive,

Defendants.

Case No.: 8:18-cv-00024-AG (KESx)

Hon. Andrew J. Guilford

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC., *ONLY*

Plaintiff Michael Korman and Defendant Experian Information Solutions Inc. have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1   IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Michael Korman against Defendant Experian Information Solutions Inc.,
3  *Only*, are in all respects dismissed with prejudice.

5  DATED this 19th day of September 2018.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE