# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KORMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; PROGRESSIVE MANAGEMENT SERVICES, is a business entity, form unknown; USCB AMERICA, is a business entity, form unknown, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 8:18-cv-00024-AG-KES<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(A)(1)(A)(II)** |

{00110476;1}

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party to bear their own costs and expenses.

IT IS SO ORDERED.

Dated: March 1, 2019

Hon. Andrew J. Guilford
United States District Judge